1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

8              UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10              (HONORABLE NITA L. STORMES)

11 | UNITED STATES OF AMERICA,        ) CASE NO. 08MJ1316
   |                                  )
12 |        Plaintiff,                )
   |                                  )
13 | v.                               )
   |                                  ) **NOTICE OF APPEARANCE**
14 | RUBEN FARAON MANRIQUEZ-NAVARRO,  )
   |                                  )
15 |        Defendant.                )
   | _____  )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 attorney in the above-captioned case.

20                                      Respectfully submitted,

22 Dated: May 6, 2008                    /s/ *JENNIFER L. COON*
                                         Federal Defenders of San Diego, Inc.
23                                       Attorneys for Defendant
                                         Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 6, 2008            /s/ *JENNIFER L. COON*
                  Federal Defenders of San Diego, Inc.
                  225 Broadway, Suite 900
                  San Diego, CA  92101-5030
                  (619) 234-8467  (tel)
                  (619) 687-2666  (fax)
                  Jennifer_Coon@fd.org (email)