✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

UNITED STATES OF AMERICA

      V.

RUBEN FARAON MANRIQUEZ-NAVARRO

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    I certify that I am admitted to practice in this court.

/s/ SHEREEN J. CHARLICK

| Date | Signature |

Print Name      Bar Number

Address

City      State      Zip Code

Phone Number      Fax Number

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing Notice of Appearance is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U.S. ATTORNEY - CR**
Efile.dkt.gc2@usdoj.gov

Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
(No manual recipients)
```

Dated: May 8, 2008                                       /s/  Shereen J. Charlick
                                                         SHEREEN J. CHARLICK
                                                         Federal Defenders
                                                         225 Broadway, Suite 900
                                                         San Diego, CA 92101-5030
                                                         (619) 234-8467  (tel)
                                                         (619) 687-2666  (fax)
                                                         e-mail:Shereen_Charlick@fd.org